THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY: JANINE D. MARTIN, ESQUIRE (307224)
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                              ATTORNEYS FOR DEFENDANT

---

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW R. PERRONG, | : |
| Plaintiff | : |
| v. | : No. 2:22-CV-04475-MSG |
| MONTGOMERY COUNTY DEMOCRATIC COMMITTEE, | : |
| MONTCO VICTORY, and JOSEPH FOSTER | : |
| Defendants | : |

_____

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Montgomery County Democratic Committee, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b), hereby respectfully moves this Honorable Court for an order dismissing Plaintiff's Amended Complaint with prejudice for the reasons explained in the accompanying Brief.

Dated: January 24, 2023          Respectfully submitted,

                                  THE LAW OFFICE OF MICHAEL J. D'ANIELLO

                                  By: /s/ Janine D'Aniello Martin
                                  janine@daniellolaw.com
                                  509 Swede Street
                                  Norristown, PA 19490
                                  Tel: 610-270-8800
                                  Fax: 610-270-0503
                                  *Attorneys for Defendant*