# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | : |
|         Plaintiff | : |
| v. | : No. 2:22-CV-04475-MSG |
| MONTGOMERY COUNTY DEMOCRATIC COMMITTEE, | : |
| MONTCO VICTORY, | : |
|         and | : |
| JOSEPH FOSTER | : |
|         Defendants | : |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Montgomery County Democratic Committee's Motion to Dismiss Plaintiff's Amended Complaint, it is hereby ORDERED and DECREED that the Motion is GRANTED. It is further ORDERED that the Amended Complaint is dismissed with prejudice.

BY THE COURT:

_____

J.