THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY: JANINE D. MARTIN, ESQUIRE (307224)
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                    ATTORNEYS FOR DEFENDANTS

___

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | : |
| Plaintiff | : |
| v. | : No. 2:22-CV-04475-MSG |
| MONTGOMERY COUNTY DEMOCRATIC COMMITTEE, | : |
| MONTCO VICTORY, and JOSEPH FOSTER | : |
| Defendants | : |

___

### DEFENDANTS MONTCO VICTORY AND JOSEPH FOSTER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Montco Victory and Joseph Foster, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b), hereby respectfully move this Honorable Court for an order dismissing Plaintiff's Amended Complaint with prejudice for the reasons explained the Motion to Dismiss filed by Defendant MCDC at docket entry 11 and in the accompanying Brief.

Dated: March 14, 2023                 Respectfully submitted,

THE LAW OFFICE OF MICHAEL J. D'ANIELLO

By: /s/ Janine D'Aniello Martin
janine@daniellolaw.com
509 Swede Street
Norristown, PA 19490
Tel: 610-270-8800
Fax: 610-270-0503