THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY: JANINE D. MARTIN, ESQUIRE (307224)
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                    ATTORNEYS FOR DEFENDANTS

---

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | : |
| Plaintiff | : |
| v. | : No. 2:22-CV-04475-MSG |
| MONTGOMERY COUNTY DEMOCRATIC COMMITTEE, | : |
| MONTCO VICTORY, | : |
| and | : |
| JOSEPH FOSTER | : |
| Defendants | : |

_____

### DISCLOSURE STATEMENT FORM

The nongovernmental corporate party, Montco Victory, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated:  March 14, 2023            Respectfully submitted,

                                  THE LAW OFFICE OF MICHAEL J. D'ANIELLO

                                  By:  /s/ Janine D'Aniello Martin
                                  janine@daniellolaw.com
                                  509 Swede Street
                                  Norristown, PA 19490
                                  Tel: 610-270-8800
                                  Fax: 610-270-0503

                                  *Attorneys for Defendants*