**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW R. PERRONG,** | |
| *Plaintiff*, | **Civil Action** |
| *v.* | **No. 22-cv-4475** |
| **MONTGOMERY COUNTY DEMOCRATIC COMMITTEE** *et al.*, | |
| *Defendants*. | |

**ORDER**

**AND NOW**, this 18th day of July, 2023, upon consideration of Defendant Montgomery County Democratic Committee's Motion to Dismiss (ECF No. 11), Defendant MontCo Victory's Motion to Dismiss (ECF No. 16), and the responses thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1.    Defendants' Motions to Dismiss (ECF Nos. 11 and 16) are **GRANTED**.

2.    Perrong's Amended Complaint is **DISMISSED WITH PREJUDICE**.

3.    The Clerk of Court shall close this case.

**BY THE COURT:**


 */s/ Mitchell s. Goldberg*
**MITCHELL S. GOLDBERG, J.**