IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>　　　　Plaintiff<br><br>vs.<br><br>MONTGOMERY COUNTY<br>DEMOCRATIC COMMITTEE<br>21 E. AIRY ST.<br>NORRISTOWN, PA 19401,<br><br>MONTCO VICTORY<br>21 E. AIRY ST.<br>NORRISTOWN, PA 19401,<br><br>and<br><br>JOSEPH FOSTER<br>348 TREVOR LN.<br>BALA CYNWYD, PA 19004<br><br>　　　　Defendants. | Case No. 2:22-cv-04475-MSG<br><br>JURY TRIAL DEMANDED |

REC'D AUG -4

## NOTICE OF APPEAL

Notice is hereby given that Andrew R. Perrong, Plaintiff *pro se* in the above-captioned case, appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Order granting Defendants' Motion to Dismiss, entered in this action on July 18, 2023 (ECF Nos. 21 and 22).

1

Dated: **August 4, 2023**

                        Andrew R. Perrong
                        *Plaintiff Pro-Se*
                        1657 The Fairway #131
                        Jenkintown, PA 19046
                        Phone: 215-791-6957
                        Facsimile: 888-329-0305
                        andyperrong@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on August 4, 2023, he filed the foregoing with the Clerk of Court in person, which will send an email notification to counsel for Defendants via ECF. Plaintiff further certifies that he emailed a copy to counsel for Defendants at janine@daniellolaw.com.

Dated: **August 4, 2023**

                        Andrew R. Perrong
                        *Plaintiff Pro-Se*
                        1657 The Fairway #131
                        Jenkintown, PA 19046
                        Phone: 215-791-6957
                        Facsimile: 888-329-0305
                        andyperrong@gmail.com